[No. 8853–3–II.   Division Two.   September 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY LEE
REISENHUBER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark

County, No. 85–1–00035–8, Robert L. Harris, J., entered June 7, 1985. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.